IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| VS. | § | NO. 4:18-CV-850-A |
| EXPEDIA, INC., | § | |
| Defendant. | § | |

ORDER

Came on for consideration the motion of defendant, Expedia, Inc., for eighteen day extension of time to file a response to plaintiffs' complaint. The court, having considered the motion, the response of plaintiff, American Airlines, Inc., the record, and applicable authorities, finds that the motion should be denied.

The court ORDERS that defendant's motion for extension be, and is hereby, denied, and that by November 14, 2018, defendant file its answer or other response to plaintiff's complaint.

SIGNED November 9, 2018.

_____
JOHN McBRYDE
United States District Judge